37065. HAMRICK *v.* GRIFFIN *et al.,* Commissioners.

QUILLIAN, Judge. The judgment of this court (*Hamrick* v. *Griffin,* 97 *Ga. App.* 435, 103 S. E. 2d 173) reversing the judgment of the trial court which sustained the general demurrer, having been reversed by the Supreme Court of Georgia (*Griffin* v. *Hamrick,* 214 *Ga.* 350, 104 S. E. 2d 753) the judgment of reversal by this court is hereby vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Felton, C. J., and Nichols, J., concur.*

DECIDED SEPTEMBER 24, 1958.

*Chappell & Barfield,* for plaintiff in error.
*Adams & McDonald, Cravey & Pentecost,* contra.